**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S−9**
**PHOENIX, AZ 85028**
**Phone: 602-598-5075**
**Email: documents@phxfreshstart.com**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| TIANA HUNTER, | Case No. 0:19-bk-12341-PS |
| and | |
| ERIC J. HUNTER, | **OBJECTION TO TRUSTEE'S RECOMMENDATION** |
| Debtors | |

Comes now the above-named Debtors, TIANA HUNTER and ERIC J. HUNTER, by and through counsel of record and hereby objects to the Chapter 13 Trustee's Recommendation filed on March 10, 2021 docketed at docket no. 51. Debtors are not able to fully comply with the Trustee's Recommendations and are still working to resolve the outstanding issues in order to comply with the Trustee's evaluation. Debtors represent the following in support of their motion:

1.  Debtors need additional time to comply with the Trustee's Recommendation items #2 and #3 with regards to the post-petition mortgage arrears.

2.  Debtors' counsel has been corresponding with counsel for mortgage creditor, Lakeview Loan Servicing, LLC c/o LoanCare, LLC, in order to resolve the post-petition mortgage arrears.

# PRAYER FOR RELIEF

WHEREFORE, Debtors pray that the Court grant additional time, and grant Debtors until May 28, 2021 to comply with Trustee Recommendations.

Dated: April 28, 2021.

Respectfully submitted:

_/s/ Tom McAvity_____
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix AZ  85018
Attorney for Debtor

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on April 28, 2021 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants, including counsel for each of debtors' mortgage creditors, appearing in this case.

By: _/s/Tom McAvity_____