Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| TIANA HUNTER, | Case No. 0:19-bk-12341-PS |
| and | |
| ERIC J. HUNTER, | NOTICE OF HEARING ON OBJECTION TO TRUSTEE RECOMMENDATION |
| Debtors. | |

PLEASE TAKE NOTICE that on **June 1, 2021 at 10:00 AM, a telephonic hearing will be had on the Debtors' Objection to Trustee Recommendation.**

PER THE COURT'S GENERAL ORDER 20-3, THIS WILL BE A TELEPHONIC HEARING, **CALL (877)402-9757**, **ACCESS CODE 4376956** TO MAKE AN APPEARANCE AT THIS HEARING

Dated: April 28, 2021

                                            Respectfully submitted:

                                            /s/ Tom McAvity
                                            Tom McAvity, 034403
                                            Phoenix Fresh Start Bankruptcy
                                            4602 E Thomas Rd, Ste S-9
                                            Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 28th day of April 2021 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Loan Care Servicing
Attn: Consumer Solutions Dept
Po Box 8068
Virginia Beach VA 23450-8068

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

**NATHAN SMITH**
MALCOLM & CISNEROS, A LAW CORPORATION
2112 BUSINESS CENTER DRIVE
IRVINE, CA 92612
nathan@mclaw.org

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity